UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY WEBB,

    Plaintiff,

v.

GSF PROPERTIES, et al.,

    Defendants.

Case No. 17-cv-01884-MEJ

**ORDER TO SHOW CAUSE**

On April 5, 2017, Plaintiff Tracy Webb filed a Complaint, as well as two Applications to Proceed in Forma Pauperis. *See* Compl., Dkt. No. 1; First Appl., Dkt. No. 2; Second Appl., Dkt. No. 3. On April 10, 2017, the undersigned denied both Applications without prejudice because they were incomplete and inconsistent. Order, Dkt. No. 5. The Court ordered Plaintiff to submit a more complete application no later than May 5, 2017. *Id*. As of the date of this Order, Plaintiff has not filed a new application.

The Court hereby ORDERS Plaintiff Tracy Webb to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 1, 2017. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on June 8, 2017 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 11, 2017

                                        MARIA-ELENA JAMES
                                        United States Magistrate Judge